Dora Alicia Guerrero MORA; Maximo
Mora Reyes, Petitioners,

v.

John ASHCROFT, Attorney
General, Respondent.

No. 02–70291.
INS A75–656–491, A75–656–492.

United States Court of Appeals,
Ninth Circuit.

Submitted July 8, 2003.*

Decided July 14, 2003.

Before KOZINSKI, FERNANDEZ and
RYMER, Circuit Judges.

MEMORANDUM **

Under 8 U.S.C. § 1252(a)(2)(B)(i), we do
not have jurisdiction to review the BIA's
denial of applications for cancellation of
removal unless the petitioner asserts a col-
orable constitutional claim. *Torres–Agui-
lar v. INS*, 246 F.3d 1267, 1270–71 (9th
Cir.2001). We have repeatedly warned
that "a petitioner may not create the juris-
diction that Congress chose to remove sim-
ply by cloaking an abuse of discretion ar-
gument in constitutional garb." *Id.* at
1271. Because the Moras' due process

* This panel unanimously finds this case suit-
  able for decision without oral argument. *See*
  Fed. R.App. P. 34(a)(2).

claim does just that, we dismiss for lack of
jurisdiction.

PETITION DISMISSED.

* This panel unanimously finds this case suit-
  able for decision without oral argument. See
  Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
   cation and may not be cited to or by the
   courts of this circuit except as provided by
   Ninth Circuit Rule 36–3.